```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 07627
   MILDRED L PERKINS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0755


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 04/26/2007 and was confirmed 07/09/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 12/01/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
CITY OF CHICAGO PARKING   UNSECURED            50.00            .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           198.65            .00           .00
DRIVE FINANCIAL SERVICES  SECURED VEHIC         .00             .00           .00
ROUNDUP FUNDING LLC       UNSECURED           112.27            .00           .00
ROUNDUP FUNDING LLC       UNSECURED           170.71            .00           .00
DRIVE FINANCIAL SERVICES  UNSECURED         NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED           529.11            .00           .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT        10.00            .00         10.00
NCO FINANCIAL             UNSECURED          1552.45            .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,500.00                      1,091.23
TOM VAUGHN                TRUSTEE                                            81.55
DEBTOR REFUND             REFUND                                             50.00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              1,232.78

PRIORITY                                     10.00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                            1,091.23
TRUSTEE COMPENSATION                         81.55
DEBTOR REFUND                                50.00
                    ---------------    ---------------
TOTALS               1,232.78             1,232.78
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 07627 MILDRED L PERKINS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE